FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant, Strategic Venue Partners, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANS ELECTRIC, LLC, a Nevada Limited Liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>STRATEGIC VENUE PARTNERS, LLC, A Connecticut limited liability company,<br><br>    Defendants. | Case No: 2:24-cv-00058-GMN-BNW<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and LR IA 6-1, Defendant Strategic Venue Partners, LLC ("SVP" or "Defendant"), by and through its counsel, respectfully moves the Court for its first extension of time, from February 1, 2024, to February 15, 2024, to file its answer, motion, or first responsive pleading to Plaintiff's Complaint (ECF No. 1, the "Complaint"). In support thereof, Defendant states as follows:

1. On January 8, 2024, Plaintiff filed the Complaint in this Action alleging that Defendant had failed to pay an invoice totaling $1,219,184.59. ECF No. 1, ¶ 25.

2. On January 11, 2024, such Complaint was served on Defendant.

3. While Defendant disputes that the invoice was due and payable, the invoice that forms the basis of the Complaint has now been paid.

1

FP 49436037.1

4. As Defendant's deadline to file its answer, motion, or first responsive pleading to Plaintiff's Complaint is February 1, 2024, Defendant seeks a two-week extension of that deadline to allow the parties to discuss withdrawal of the suit given that the invoice at issue is now paid and to allow Defendant time to prepare its response to the Complaint. Defendant respectfully submits that this additional time to discuss resolution or prepare its response constitutes good cause within the meaning of Fed. R. Civ. P. 6(b)(1)(A) and LR IA 6-1.

5. Plaintiff does not oppose this extension request.

## CONCLUSION

Defendant respectfully thanks the Court for considering its Motion.

Respectfully submitted,

FISHER & PHILLIPS, LLP

By: /s/ Scott M. Mahoney, Esq.
SCOTT M. MAHONEY, ESQ.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 1/31/2024

FP 49436037.1

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that on the 30th day of January 2024, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing **Unopposed Motion to Extend Time to Respond to Complaint (First Request)** with the United States District Court and a copy was electronically transmitted from the court to the e-mail address on file for:

> Chad F. Clement, Esq.
> cclement@maclaw.com
> Jared M. Moser, Esq.
> jmoser@maclaw.com

By:  /s/ *Darhyl Kerr*
An employee of Fisher & Phillips LLP

FP 49436037.1